RALPH CIOFFI v. JEAN M. CIOFFI.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE KUBICZ.

May 3, 1982.

Petition for certification denied.

ANITA HILL v. ROBERT HILL.

May 3, 1982.

Petition for certification granted.   (See 182 *N.J. Super.* 616)

GEORGE C. GEORGES v. HELEN GEORGES.

May 3, 1982.

Petition for certification denied.